### THE INHABITANTS OF THE TOWNSHIP OF UNION, IN THE. COUNTY OF BERGEN, v. STATE.

Indictment for nuisance.   On error to the Bergen Quarter Sessions.

Argued at February Term, 1889, before BEASLEY, CHIEF· JUSTICE, and Justices DEPUE, VAN SYCKEL and KNAPP.

For the plaintiff in error, *Luther Shafer* and *Joseph D.. Bedle.*

For the defendant, *A. D. Campbell, Prosecutor of the Pleas..*

The conviction in this case is rested upon the same grounds as that in the Township of Lodi *v.* State, and for the same· reasons that judgment is also reversed.